IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANA MARIA BUSTLE and EVANGELINA MARTINEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TWO LIONS PUB & GRILL INC., and MIGUEL A. PEREZ, individually,<br><br>    Defendants. | Case No. 17-cv-01599<br><br>Judge Elaine Bucklo<br><br>Magistrate Judge Sidney I. Schenkier |

## ORDER OF JUDGMENT

This matter coming before the Court for a prove-up of Plaintiffs' damages, the Court having entered an Order of Default against Defendants The Two Lions Pub & Grill Inc., and Miguel A. Perez, notice having been given to both Defendants and the Court having reviewed the Declarations of Plaintiffs and their Counsel,

IT IS HEREBY ORDERED that:

1. Defendants The Two Lions Pub & Grill Inc. and Miguel A. Perez. are liable to Plaintiffs Ana Maria Bustle and Evangelina Martinez for unpaid overtime, minimum wage violations, unpaid earned wages and statutory damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.*, the Illinois Wage Payment Collection Act, 820 ILCS 115/1 *et seq.*, and the Chicago Minimum Wage Ordinance, Chicago, Ill., Code § 1-24-010 *et seq.*

2. Plaintiffs are awarded Judgment against Defendants The Two Lions Pub & Grill Inc. and Miguel A. Perez as follows:

    a.    Plaintiff Ana Maria Bustle is awarded Judgment in the amount of $30,000.00, with $9,561.00 as owed wages and $20,439.00 as statutory penalties;

    b.    Plaintiff Evangelina Martinez is awarded Judgment in the amount of $2,384.40, with $898.50 as owed wages and $1,485.90 as statutory penalties.

3. Plaintiffs' Counsel is awarded Judgment against Defendants The Two Lions Pub & Grill Inc. and Miguel A. Perez in the amount of $533.32 for costs and expenses in litigating this matter.

4. Plaintiffs' Counsel is awarded Judgment against Defendants The Two Lions Pub & Grill Inc. and Miguel A. Perez in the total amount of $5,456.25 for attorneys' fees in litigating this matter as specified below:

    a.    Lydia Colunga-Merchant:    3.00 hrs @ $275/hr or $825.00

    b.    Javier Castro:    16.8 hrs @ $250/hr or $4,200.00

    c.    Miranda Huber    5.75 hrs @ $75/hr or $431.25

ENTERED:

DATED: July 20, 2017

*Elaine L. Bucklo*
Hon. Elaine Bucklo
United States District Court