UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Ana Maria Bustle, et al.
                                        Plaintiff,
v.                                              Case No.: 1:17−cv−01599
                                                Honorable Sidney I. Schenkier
The Two Lions Pub & Grill Inc., et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, March 30, 2018:


      MINUTE entry before the Honorable Sidney I. Schenkier: The parties have filed a joint motion for court approval of settlement (doc. #[37]). Based on the Court's knowledge of the settlement based on the mediation that it conducted and its in camera review of the parties' written settlement agreement, we find that the settlement is fair and reasonable and therefore grant the joint motion for approval. No appearance on the motion is required. The status hearing with the magistrate judge set for 4/04/18 is stricken. ENTER ORDER APPROVING SETTLEMENT. The case is dismissed without prejudice, and with leave to seek reinstatement by 11/30/18 solely for the purpose of enforcing the settlement. If the case has not been reinstated by that date and there is no motion for reinstatement then pending, the dismiss shall be with prejudice as of 12/01/18. Civil case terminated. Mailed notice. (jj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.