IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANA MARIA BUSTLE and<br>EVANGELINA MARTINEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TWO LIONS PUB & GRILL INC.,<br>and MIGUEL A. PEREZ, individually,<br><br>    Defendants. | Case No. 17 CV 1599<br><br>Judge Elaine Bucklo<br><br>Magistrate Judge Sidney I. Schenkier |

## ORDER FOR APPROVING SETTLEMENT

Upon the Parties' Joint Motion for Court Approval of Settlement, the Court, having reviewed the materials submitted by the Parties and finding the settlement of this matter to be fair and reasonable, hereby approves this settlement and dismisses this matter without prejudice and without the assessment of costs and/or attorneys' fees against any party. This dismissal without prejudice will convert to a dismissal with prejudice and without the assessment of costs and/or attorneys' fees against any party on December 1, 2018.

Dated: March 30, 2018

ENTERED:

_____
Sidney I. Schenkier
United States District Magistrate Judge